**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JUN 2 8 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KATHLEEN ESSICK,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER:

**4:17CR286 RLW**

    I, Kathleen Essick, the above named defendant, who is accused of wire fraud in violation of Title 18, United States Code, Section 1343 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on   6-28-17   prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer